# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA - SOUTHERN DISTRICT
U.S. COURTHOUSE, 880 FRONT STREET, ROOM 4290, SAN DIEGO, CA 91201

Civil Action No.: _____

Applicant

**Mazen J. Kherdeen**

(*Unlawfully imprisoned by the US Government since 2/12/2014*

v.

Respondent(s)

**U.S. GOVERNMENT**

FILED
JUN 23 2014
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

14CV1524 BTM DHB

## APPLICATION FOR A WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. §2241 FOR AN IMMEDIATE RELEASE ORDER OF KHERDEEN'S UNLAWFUL IMPRISONMENT BY THE U.S. GOVERNMENT THROUGH ITS OPERATIVE ICE AND WAREHOUSED AT CCA SAN DIEGO MAXIMUM SEDCURITY PRIVATE FEDERAL PRISON

### A. PARTIES

**Applicant:**

Name: Mazen J. Kherdeen

Number: 260-37-611

Address: P. O. Box 43922, San Diego, CA 92158

**Respondent(s):**

1. U.S. GOVERNMENT, et al.

    880 FRONT ST., STE 2246, SAN DIEGO, CA, 92101

2. ERIC HOLDER, U.S. ATTORNEY GENERAL

---

**NOTE:** (1) Based on Haines v. Kerner, 404, U.S. 519, 520-521 (1972) and Hall v. Bellmon, 935 F. 2d 1106, 1110 (10th Cir. 1991), this filing must be construed liberally towards the *pro se* party.

(2) A pro se pleading, motion or filing is deemed filed upon delivery to prison authorities. See Houston v. Lack, 487 U. S. 266 (1988).

   880 FRONT ST., STE 2246, SAN DIEGO, CA, 92101

3. U.S. DEPARTMENT OF JUSTICE (DOJ)

   880 FRONT ST., STE 2246, SAN DIEGO, CA, 92101

4. U.S. DEPARTMENT OF HOMELAND SECURITY SECRETARY (DHS)

   401 W. 8TH ST., STE 800, SAN DIEGO, CA, 92101

5. DHS U.S. ATTORNEY WAYNE POUGH

   12445 E. CALEY AVE, CENTENNIAL, CO 80111

6. U.S. IMMIGRATION AND CUSTOM ENFORCEMENT FIELD DIRECTOR (ICE)

   880 FRONT ST., STE 2246, SAN DIEGO, CA, 92101

7. EXECUTIVE OFFICE OF IMMIGRATION REVIEW (EOIR)

   401 W. 8TH ST., STE 800, SAN DIEGO, CA, 92101

8. DOJ ADMINISTRATIVE LAW IMMIGRATION JUDGE (ALIJ) JAMES P. VANDELLO

   3130 N. OAKLAND ST., AURORA, CO 80010

9. DOJ ADMINISTRATIVE LAW IMMIGRATION JUDGE (ALIJ) ROBERT B. C. MCSEVENEY

   446 ALTA ROAD, SAN DIEGO, CA 92158

10. ICE OFFICIAL SERGIO UGAZIO

    3130 N. OAKLAND ST., AURORA, CO 80010

11. ICE OFFICIAL CHRIS JONES

    3130 N. OAKLAND ST., AURORA, CO 80010

12. ICE OFFICIAL CORDOVA

    3130 N. OAKLAND ST., AURORA, CO 80010

13. ICE OFFICIAL REED

    446 ALTA ROAD, SAN DIEGO, CA 92158

14. ICE OFFICIAL SHAY

    3130 N. OAKLAND ST., AURORA, CO 80010

15. ICE OFFICIAL GIEBEL

    3130 N. OAKLAND ST., AURORA, CO 80010

16. ICE OFFICIAL JOHN HANCOCK

    3130 N. OAKLAND ST., AURORA, CO 80010

17. ICE OFFICIAL MASBOUT

    3130 N. OAKLAND ST., AURORA, CO 80010

18. ICE OFFICIAL QUALANTONE

    3130 N. OAKLAND ST., AURORA, CO 80010

---

**NOTE:** (1) Based on Haines v. Kerner, 404, U.S. 519, 520-521 (1972) and Hall v. Bellmon, 935 F. 2d 1106, 1110 (10th Cir. 1991), this filing must be construed liberally towards the *pro se* party.

(2) A pro se pleading, motion or filing is deemed filed upon delivery to prison authorities. See Houston v. Lack, 487 U. S. 266 (1988).

19. THE GEO GROUP, INC. (GEO)

   3130 N. OAKLAND ST., AURORA, CO 80010

20. CORRECTIONS CORPORATION OF AMERICA (CCA)

   446 ALTA ROAD, SAN DIEGO, CA 92158

21. CCA SAN DIEGO CORRECTIONAL FACILITY (SDCF)

   446 ALTA ROAD, SAN DIEGO, CA 92158

22. LAWRENCE WEAVER, SCDF WARDEN

   446 ALTA ROAD, SAN DIEGO, CA 92158

## B. NATURE OF THE CASE

1. **LIBERTY DEPRIVATION:** Applicant has been imprisoned by the U. S. Government ("USG") in maximum security federal prisons in four different states since he was unlawfully arrested by the U. S. Department of Homeland Security ("DHS") through its operative the Immigration and Custom Enforcement ("ICE") on Wednesday February 12, 2014 at 8:00 (Over 120 days).

2. At the time of his arrest and loss of liberty by the use of excessive force, Applicant did not have any pending criminal charges nor was he a suspect in any crime. Also, there were no arrest warrants, jury indictments or extradition proceedings against him. He was not a threat to society or any community anywhere as has been determined by the State of Colorado government.

3. At the time of his unlawful arrest, Applicant informed the DHS – ICE arresting person Shay that he had a plane ticket for an immediate and voluntary departure away from the US for good after been permanent resident in the US for about 40 years. This decision to leave the U.S. voluntary and is due to the abuse and maneuvering by the Arapahoe County Sheriff and his deputies in the State of Colorado in January of 2006, wherein Applicant was frivolously accused and charged for acts her never committed and factually impossible.

4. **EXIT VISA REQUIREMENT:** Agent Shay responded that Applicant needed permission to leave the US and he has to obtain such permission *'Exit Visa'* from the US government through

---

**NOTE:** (1) Based on Haines v. Kerner, 404, U.S. 519, 520-521 (1972) and Hall v. Bellmon, 935 F. 2d 1106, 1110 (10th Cir. 1991), this filing must be construed liberally towards the *pro se* party.
(2) A pro se pleading, motion or filing is deemed filed upon delivery to prison authorities. See Houston v. Lack, 487 U. S. 266 (1988).

the Department of Justice's ('DOJ") Administrative Immigration agency known as "Immigration Court" and be approved by DHS and its agency ICE. Meanwhile, Applicant had to be formally arrested, booked and imprisoned in a federal prison pending DOJ and DHS - ICE review and approval to leave the USA. ICE Agent Shay also stated that this is a slow and undetermined process that takes weeks, often months while Applicant is unlawfully imprisoned.

5. Agent Shay and ICE call this unlawful imprisonment **_CIVIL DETENTION_**, whereas in reality it is an indefinite amount of time imprisonment however looked at. Applicant and the other prisoners who are generally suspected of infraction violations of the vague immigration administrative standards are held in maximum security prisons that are totally locked down 24 hours a day without having any physical contact with any human beings or live species of the outside world. The prisoners are surrounded by electrified wire fences that are about 25 feet high and cluttered with razor sharpnels. This is a _**distinction without a difference**_ since there is absolutely no difference between at all. In fact, the prison where Applicant is warehoused includes federal criminal prisoners who were convicted of serious felonies like Murder, Rape, Human and Drug Trafficking, Child Molesters, Armed Robberies and the like. Prisoners are not even allowed to have contact visits with their families and the loved ones.

6. Applicant inquired if he could make his demand for voluntary departure _**'Exit Visa'**_ there and then since he does not want to litigate any immigration rights in the US that he may have? Agent Shay responded that could not be entertained until after the arrest is perfected and transfer to federal DHS – ICE prison is completed.

7. Applicant was astonished as to what agent Shay was saying about the need for permission to voluntary depart the US! Applicant told Shay that this is like _**the EXIT VISA**_ requirement by the former old communist Russian Soviet Union as well as that practiced by Nazi Hitler against the German Jews and Saddam Hussein to the native Iraq Shites. Agent Shay responded: "no comment"!!

---

**NOTE:** (1) Based on Haines v. Kerner, 404, U.S. 519, 520-521 (1972) and Hall v. Bellmon, 935 F. 2d 1106, 1110 (10th Cir. 1991), this filing must be construed liberally towards the *pro se* party.
 (2) A pro se pleading, motion or filing is deemed filed upon delivery to prison authorities. See Houston v. Lack, 487 U. S. 266 (1988).

8. Applicant resisted the arrest for being unlawful and unconstitutional. Finally, Shay perfected the arrest along with the assistance of his DHS – ICE fellow agents John Hancock, Masbout, Qualantone and Giebel by the use of force against Applicant. This was at DHS intake center of new imprisoned immigrants in Florence, Colorado. As a result of the use of force, Applicant collapsed since he has severe heart condition. An ambulance was summoned and Applicant was transported to the emergency room at Centura Hospital for treatment. Later, Applicant was transferred to a federal DHS – ICE prison located in Aurora, Colorado which is managed by a private contractor known as The Geo Group, Inc. ("GEO").

9. Upon his arrival at this prison, Kherdeen sent a notice to the Department of Justice ("DOJ") at its prison Immig. Court stating: "*Voluntary departure request*". This note was received by the court

---

**NOTE:** (1) Based on Haines v. Kerner, 404, U.S. 519, 520-521 (1972) and Hall v. Bellmon, 935 F. 2d 1106, 1110 (10th Cir. 1991), this filing must be construed liberally towards the *pro se* party.

(2) A pro se pleading, motion or filing is deemed filed upon delivery to prison authorities. See Houston v. Lack, 487 U. S. 266 (1988).

Respectfully submitted this 10th day of June 1014.

_____
Mazen J. Kherdeen, Applicant

Attorney- At - Law
CCA / ICE Sand Diego Prison
P. O. Box 43049
San Diego, CA 92143

---

**NOTE:** (1) Based on Haines v. Kerner, 404, U.S. 519, 520-521 (1972) and Hall v. Bellmon, 935 F. 2d 1106, 1110 (10th Cir. 1991), this filing must be construed liberally towards the *pro se* party.

(2) A pro se pleading, motion or filing is deemed filed upon delivery to prison authorities. See Houston v. Lack, 487 U. S. 266 (1988).

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Mazen J. Kherdeen
260-37-611

**DEFENDANTS**
U.S. Gov't, et al.

(b) County of Residence of First Listed Plaintiff: San Diego
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Mazen J. Kherdeen
PO Box 43922
San Diego CA 92158

Attorneys *(If Known)*

**14CV1524 BTM DHB**

Filed stamp: JUN 23 2014, CLERK US DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** | ☐ 462 Naturalization Application | | |
| | / ☒ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28:2241
Brief description of cause:
Petition for Writ of Habeas Corpus

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 06/23/2014
SIGNATURE OF ATTORNEY OF RECORD: s/SKHoestenbach

**FOR OFFICE USE ONLY**

RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___

Mazen J. Khaleen
260 37 611
CCA/ICE San Diego Prison
P.O. Box 439049
San Diego, CA 92143

LEGAL MAIL

CCA-SAN DIEGO CORRECTIONAL
This facility is not responsible for the substance/contents of this package

U.S. District Court
for The District of California - Southern District
U.S. Courthouse
880 Front Street, Room 4290
San Diego, CA 92101



02 1M
0008001839
MAILED FROM ZIP CODE 92101
$01.40
JUN 20 2014



RECEIVED
JUN 23 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY